# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIA BALE,                 )<br>         Plaintiff,           )<br>                             )<br>v.                           )<br>                             )<br>BOARD OF COUNTY COMMISSIONERS,  )<br>TULSA COUNTY, STATE OF OKLAHOMA; )<br>TULSA COUNTY JUVENILE BUREAU; and )<br>FOURTEENTH JUDICIAL DISTRICT, )<br>TULSA COUNTY,                )<br>         Defendants.         ) | Case No. 15-ev-577-CVE-PJC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Maria Bale and Defendants Board of County Commissioners of Tulsa ("BOCC") and the Tulsa County Juvenile Bureau ("JBDC"), by and through their respective counsel of record, hereby jointly and mutually stipulate to the dismissal of all claims in the above-styled matter, with prejudice, in its entirety. This stipulation and dismissal with prejudice includes all matters relating to all parties named herein, and related entities, including Defendant Fourteenth Judicial District of Oklahoma who has been previously dismissed from this action. The remaining parties have agreed to a mutually acceptable resolution in this matter which shall constitute a full and final settlement and satisfaction of all claims, demands, rights, and causes of action of whatsoever kind and nature which may exist between them.

In consideration hereof, the parties jointly request that the Court enter an Order of dismissal with prejudice of the Plaintiff's claims against the Defendants.

Respectfully submitted,

/s/  Ivan Randall Orndorff Jr.

Ivan Randall Orndorff Jr.
406 S. Boulder Ave.
Ste. 712
Tulsa, OK 74103
Tel: 918.583.6394
Fax: 918.583.6398
*Attorney for Plaintiff*


/s/  Douglas A. Wilson
(signed by permission)
Douglas A. Wilson
Tulsa County District Attorney's Office
500 S. Denver Ave, Suite 832
Tulsa, OK  74103
Tel: (918) 596-8795
*Attorney for Board of County Commissioners of Tulsa*

/s/  John A. Burkhardt
(signed by permission)
John A. Burkhardt
*Schaffer Herring PLLC*
7134 S. Yale
Suite 300
Tulsa, Oklahoma 74136
Tel: 918.550.8105
*Attorney for Tulsa County Juvenile Bureau*